IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DALE CLAUSEN AND TIMOTHY DUNCAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>§ PLAINTIFF,<br>§<br>V.<br>§<br>WOODBOLT DISTRIBUTION, LLC D/B/A NUTRABOLT,<br>§ DEFENDANT. | CAUSE NO. 1:20-CV-559-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On July 30, 2020, the parties filed a Stipulation and Notice of Dismissal with prejudice (Doc. #63), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___30th___ day of July, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE